FILED

07/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0292

IN THE SUPREME COURT OF THE
STATE OF MONTANA

CAUSE NO. DA 23-0292

GLACIER BANK dba First Security Bank of Missoula, a Division of Glacier Bank, a Montana Corporation,

      Plaintiff and Appellee,

v.

Scott G. Cooney,

      Defendant and Appellant.

---

## (PROPOSED) ORDER

---

On appeal from the Montana Fourth Judicial District Court, Missoula County Cause No. DV-32-2019-0000668-BC, the Honorable Jason Marks Presiding

---

Kris A. McLean
Tyson A. McLean
Jordan A. Pallesi
KRIS A. MCLEAN LAW FIRM, PLLC
2315 McDonald Ave, Suite 106
Missoula, Montana 59801
(406) 396-9367
Kris@krismcleanlaw.com
Tyson@krismcleanlaw.com
Jordan@krismcleanlaw.com
For Appellant

Trent N. Baker
Datsopoulos, MacDonald & Lind, P.C.
201 West Main, Suite 201
Missoula, MT 59802
tbaker@dmllaw.com
(406) 728-0810

For Appellee

Based upon Appellant's Unopposed Motion for Extension of Time to File Appellant's Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall file and serve their Opening Brief on or before September 4, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 31 2023